# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAM WUCO,<br><br>    Plaintiff,<br><br>    v.<br><br>CA. DEPT. OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00917-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 8) |

Plaintiff David William Wuco is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 16, 2022, the Court screened Plaintiff's complaint, found no cognizable claims, and granted one final opportunity to amend the complaint within thirty days. (ECF No. 8.) Plaintiff has not responded to the Court's order and the time to do so has expired. Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **September 26, 2022**

UNITED STATES MAGISTRATE JUDGE

1