UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAM WUCO,<br><br>    Plaintiff,<br><br>    v.<br><br>CA. DEPT. OF CORRECTIONS,<br><br>    Defendant. | Case No. 1:22-cv-00917-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>(ECF No. 13) |

Plaintiff David William Wuco is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 19, 2022, the Magistrate Judge screened Plaintiff's first amended complaint and issued findings and recommendations suggesting that this action be dismissed for failure to state a claim upon which relief may be granted. (ECF No. 13.) The findings and recommendations were served on Plaintiff and contained notice that objections were due within fourteen (14) days. (*Id*. at 5.) Plaintiff has not filed objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations are supported by the record and proper analysis.

///

Accordingly, IT IS SO ORDERED:

1. The findings and recommendations issued on October 19, 2022 (ECF No. 1), are adopted in full;
2. This action is dismissed for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 14, 2022

UNITED STATES DISTRICT JUDGE

2